IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EULA COBB,                        )
                                  )
    Plaintiff,                    )
                                  )    CIVIL ACTION NO.
    v.                            )      2:23cv397-MHT
                                  )           (WO)
UNITED STATES OF AMERICA,         )
                                  )
    Defendant.                    )
```

**ORDER**

For good cause shown, it is ORDERED that:

(1) Defendant's motion to strike jury demand (Doc. 12), which is unopposed, is granted.

(2) Plaintiff's demand for trial by jury is stricken from the complaint (Doc. 1).

The clerk of court shall correct the relevant entries in CMECF to reflect that the trial in this case, set for February 3, 2025, will be a bench trial.

DONE, this the 8th day of January, 2024.

                                       /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**